# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

MARK ONDRICK, II,                    )
                                      )
    Plaintiff,                     )
                                      )
v.                                    )    Case No.  CV414-159
                                      )
CHATHAM COUNTY, GEORGIA,              )
                                      )
    Defendant.                     )

## REPORT AND RECOMMENDATION

Mark Ondrick II, proceeding *pro se*, has multiple lawsuits.   As in his

other cases, he moved for leave to proceed *in forma pauperis* (IFP) here.

Doc. 2.   The Court disbelieved his indigence claim, so in its last Order it

required him to answer specific Court interrogatories aimed at uncovering

the truth.   Doc. 3 at 5-6 (interrogatories); *see also id.* 7 ("In his response

to this Order he must reproduce each enumerated item above and legibly

write (or type) his *complete* answer directly after it.   Failure to comply

with this directive will result in a recommendation of dismissal.   *Kareem*

*v. Home Source Rental*, 2014 WL 106632 at *1 (S.D. Ga. Jan. 9, 2014)

(advising dismissal for non-compliance in similar IFP-information case),

*adopted*, 2014 WL 2700632 (S.D. Ga. Jun 13, 2014).").   He has failed to comply.   Accordingly, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED,** this 2nd day of September, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA